

# Fourth Court of Appeals
## San Antonio, Texas

July 2, 2019

No. 04-19-00294-CV

**GLOBAL TANK CONSTRUCTION,** LLC and Scott Leonard d/b/a Global Tank Construction,
Appellants

v.

**TARSCO BOLTED TANK, INC.,**
Appellees

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 16-08-00339CVF
Honorable Russell Wilson, Judge Presiding

# O R D E R

A filing fee of $205.00 was due when appellants filed their notice of appeal, but it was not paid. *See* TEXAS SUPREME COURT ORDER REGARDING FEES CHARGED IN THE SUPREME COURT, IN CIVIL CASES IN THE COURTS OF APPEALS, AND BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION (Misc. Docket No. 159158, Aug. 28, 2015). On May 23, 2019, this court issued an order extending the time in which to pay the filing fee, setting the due date for the filing fee as June 19, 2019. The fee remains unpaid. Rule 5 of the Texas Rules of Appellate Procedure provides:

> A party who is not excused by statute or these rules from paying costs must pay—
> at the time an item is presented for filing—whatever fees are required by statute
> or Supreme Court order. The appellate court may enforce this rule by any order
> that is just.

TEX. R. APP. P. 5.

We therefore **ORDER** appellants must either (1) pay the filing fee or (2) provide written proof to this court that they are indigent or otherwise excused by statute or the Texas Rules of Appellate Procedure from paying the fee. *See* TEX. R. APP. P. 20.1 (providing that indigent party who complies with provisions of that rule may proceed without advance payment of costs). If appellants fail to respond satisfactorily by **July 12, 2019**, this appeal will be dismissed. *See* TEX. R. APP. P. 42.3.

All other appellate deadlines are suspended pending the payment of the filing fee.

_____
Irene Rios, Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of July, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court